## HUDSON *v.* THE STATE.

LAMAR, J. The evidence established the larceny, and that the defendant was in the recent possession of the stolen property. The explanation as to possession was not satisfactory; and the verdict of guilty having been approved by the trial judge, this court will not interfere with his discretion in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted October 19, — Decided November 10, 1904.

Accusation of larceny.    Before Judge Hodges.    City court of Macon.    July 6, 1904.

*Glawson & Fowler*, for plaintiff in error.
*William Brunson, solicitor-general,* contra.